Statebridge Company
4600 South Syracuse Street
Denver, CO 80237